USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 10/27/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CRISTIAN M. MARTINEZ, Plaintiff, | : | 1:26-cv-7593-GHW-GS |
| -against- | : | ORDER |
| ALABAMA MOTOR EXPRESS INC., *et al.*, Defendants. | : | |

GREGORY H. WOODS, United States District Judge:

On October 9, 2026, the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than October 23, 2026. Dkt. No. 11. Neither document has been submitted. Accordingly, the parties are directed to comply with the Court's October 9, 2026 order forthwith, and in no event later than November 2, 2026.

SO ORDERED.

Dated: October 27, 2026
New York, New York

GREGORY H. WOODS
United States District Judge